UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAQDAD QUREEASHI,

    Plaintiff,

  -vs-

U.S.C.I.S.,

    Defendant.
_____/

CIVIL NO. 07-CV-14321

HON. PATRICK J. DUGGAN

## **ORDER**

Upon the filing of a stipulation for partial dismissal by the parties, it is hereby ordered that this case shall be dismissed with prejudice, without an award of costs or attorney fees to any party.

**IT IS SO ORDERED**.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager